UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22932-CV-WILLIAMS

PATRICK PICKNEY, derivatively and on
behalf of ICAHN ENTERPRISES, L.P.,

    Plaintiff,

v.

ICAHN ENTERPRISES, G.P. INC., *et al.*,

    Defendants,

_____/

### ORDER

**THIS MATTER** is before the Court on the Unopposed Motion to Temporarily Stay Proceedings Pending Resolution of the Motion to Dismiss in the Securities Litigation (DE 18) ("***Motion***") filed by Defendants Icahn Enterprises, G.P. Inc., Carl C. Icahn, David Willetts, Ted Papapostolou, Keith Cozza, Sunghwan Cho, Denise Barton, Alvin Krongard, Brett Icahn, Stephen Mongillo, and Michael Nevin (collectively, "***Defendants***").[1]

Upon review of the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Temporarily Stay Proceedings Pending Resolution of the Motion to Dismiss in the Securities Litigation (DE 18) is **GRANTED**.

2. This matter is temporarily **STAYED** pending the resolution of the forthcoming motion to dismiss to be filed in the Securities Litigation or until further order of this Court.

---

[1] Defendants seek a temporary stay of this matter ("***Derivative Litigation***") pending resolution of a forthcoming motion to dismiss to be filed in *Okaro v. Icahn Enterprises, L.P., et al.*, No. 23-cv-21773-KMM (S.D. Fla. May 11, 2023) ("***Securities Litigation***").

3. All deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

4. The Parties shall notify this Court as to the status of the Securities Litigation and any other related action or proceeding pertaining to Nominal Defendant Icahn Enterprises, L.P. by filing a status report every **SIXTY (60) DAYS**, starting from the date of this Order until such time as the stay of this matter is lifted. The Parties shall immediately inform this Court, by notice filed to the case docket, upon the resolution of the motion to dismiss to be filed in the Securities Litigation.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of November, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE